SIMON ARON (State Bar No. 108183)
 saron@wrslawyers.com
JOHNNY WHITE (State Bar No. 269306)
 jwhite@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone:  (310) 478-4100
Facsimile:   (310) 479-1422

Attorneys for Fariba Cohen

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Saeed Cohen<br><br>        Debtor<br>———————————————<br>Fariba Cohen,<br><br>        Appellant,<br><br>   vs.<br><br>Saeed Cohen,<br><br>        Appellee. | District Court Case Number<br>2:14-cv-08939-SJO<br><br>Bankruptcy Court Case Number<br>2:13-bk-26483-NB<br><br>Adversary Case Number<br>2:14-ap-01484-NB<br><br>**REQUEST TO SET STATUS CONFERENCE ON APPEAL**<br><br>**Judge: Hon. S. James Otero**<br><br>Trial Date:     None |

TO THE HONORABLE S. JAMES OTERO AND ALL PARTIES RECORD:

PLEASE TAKE NOTICE that appellant Fariba Cohen hereby requests that the Court set a status conference in the above-noted appeal from the United Statement Bankruptcy Court to establish briefing and other deadlines in the above-captioned appeal.

REQUEST TO SET STATUS CONFERENCE ON APPEAL

1  Ms. Cohen filed her notice of appeal on September 3, 2014.  On October 1,
2  2014, the Clerk of the Bankruptcy Court transmitted a certificate of readiness to the
3  Bankruptcy Appellate Panel.  Subsequently, the Bankruptcy Appellate Panel
4  relinquished jurisdiction over this appeal and transferred it to the District Court.  On
5  November 19, 2014, the matter was assigned a District Court case number.

                              Respectfully submitted,

DATED: December 19, 2014      WOLF, RIFKIN, SHAPIRO,
                              SCHULMAN & RABKIN, LLP

                                    / s / Simon Aron
                              By:   / s / Johnny White
                                  SIMON ARON
                                  JOHNNY WHITE
                              Attorneys for Fariba Cohen

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 11400 West Olympic Boulevard, 9th Floor, Los Angeles, CA 90064-1582.

On December 19, 2014, I served true copies of the following document(s) described as **REQUEST TO SET STATUS CONFERENCE ON APPEAL** on the interested parties in this action as follows through the Court's electronic mail noticing system:

| | |
|---|---|
| Krikor John Meshefejian | kjm@lnbyb.com |
| Ron Bender | rb@lnbyb.com |
| Johnny White | jwhite@wrslawyers.com |
| Simon Aron | saron@wrslawyers.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 19, 2014, at Los Angeles, California.

/ s / Johnny White
Johnny White

PROOF OF SERVICE